**JATAI INTERNATIONAL v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A"**
Schedule A

| Defendant No. | Defendant Seller Alias | Merchant ID |
|---|---|---|
| 1 | CAT-HANDS-Store | A9NYDV49IZLLF |
| 2 | MK,CORPORATION | A8H7HZQ9NREVR |
| 3 | United engine | A2PO5879OMHETL |
| 4 | T NJ Express | A1LZ2A8F5CPBUX |
| 5 | EU 5 Stars | A31BD1LTSGADBZ |
| 6 | World－Line | A2MQ8GTKW0Y7XB |
| 7 | HamLiq | A384SD52IRPNCD |
| 8 | Jewfrag Beauty Shop | A3OCX0MW7CO6GV |
| 9 | Black_Fox_G.K. | AQY7CV5RYC3CM |
| 10 | golden brothers | A1UHFS2VDU44NR |
| 11 | EC TOWN JAPAN | A18ES1WIC3U0ZM |
| 12 | D.Horseshoe | A3JICIW55V32E7 |
| 13 | Nippon Treasures Emporium | A2TMNG5MHYU9FT |
| 14 | Mebius Shop | A36NRDPIUBKEU1 |
| 15 | Tomonori store | A114O7K9GU0HJD |
| 16 | C.H Ltd. | A3QXX2IO176HJR |