ILND 44 (Rev. 08/23)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant _____
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

C.J. Rosenbaum, Esq       122 South Michigan Avenue
Rosenbaum & Segall, P.C       Suite 1390
212-256-1109       Chicago, Illinois 60603

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Check one box, only.)*

☐1 U.S. Government
Plaintiff

☐3 Federal Question
*(U.S. Government not a party.)*

☐2 U.S. Government
Defendant

☐4 Diversity
*(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated *or* Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated *and* Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

| CONTRACT | TORTS | | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐510 Motions to Vacate Sentence | ☐710 Fair Labor Standards Act | ☐375 False Claims Act |
| ☐120 Marine | ☐310 Airplane | ☐365 Personal Injury - Product Liability | ☐530 General | ☐720 Labor/Management Relations | ☐376 Qui Tam (31 USC 3729 (a)) |
| | 315 Airplane Product Liability | ☐367 Health Care/ Pharmaceutical | ☐535 Death Penalty | | ☐400 State Reapportionment |
| ☐130 Miller Act | 320 Assault, Libel & Slander | Personal Injury | **Other:** | ☐740 Railway Labor Act | ☐410 Antitrust |
| ☐140 Negotiable Instrument | 330 Federal Employers' Liability | Product Liability | ☐540 Mandamus & Other | ☐751 Family and Medical Leave Act | ☐430 Banks and Banking |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | ☐368 Asbestos Personal Injury Product Liability | ☐550 Civil Rights | ☐790 Other Labor Litigation | ☐450 Commerce |
| ☐151 Medicare Act | 345 Marine Product Liability | | ☐555 Prison Condition | ☐791 Employee Retirement | ☐460 Deportation |
| ☐152 Recovery of Defaulted Student Loan (Excludes Veterans) | 350 Motor Vehicle | **PERSONAL PROPERTY** | 560 Civil Detainee - Conditions of Confinement | Income Security Act | ☐470 Racketeer Influenced and Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | ☐370 Other Fraud | | | ☐480 Consumer Credit |
| ☐153 Recovery of Veteran's Benefits | ☐360 Other Personal Injury | ☐371 Truth in Lending | | **PROPERTY RIGHTS** | ☐485 Telephone Consumer |
| ☐160 Stockholders' Suits | 362 Personal Injury - Medical Malpractice | ☐380 Other Personal Property Damage | | ☐820 Copyright | Protection Act (TCPA) |
| ☐190 Other Contract | | ☐385 Property Damage Product Liability | | ☐830 Patent | ☐490 Cable/Sat TV |
| ☐195 Contract Product Liability | | | | ☐835 Patent - Abbreviated New Drug Application | ☐850 Securities/Commodities/ Exchange |
| ☐196 Franchise | | | | ☐840 Trademark | ☐890 Other Statutory Actions |
| | | | | 880 Defend Trade Secrets Act of 2016 (DTSA) | ☐891 Agricultural Arts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐440 Other Civil Rights | ☐422 Appeal 28 USC 158 | ☐625 Drug Related Seizure of Property 21 USC 881 | ☐861 HIA (1395ff) | ☐895 Freedom of Information Act |
| ☐220 Foreclosure | ☐441 Voting | ☐423 Withdrawal 28 USC 157 | ☐690 Other | ☐862 Black Lung (923) | |
| ☐230 Rent Lease & Ejectment | ☐442 Employment | | | ☐863 DIWC/DIWW (405(g)) | ☐896 Arbitration |
| ☐240 Torts to Land | 443 Housing/Accommodations | **IMMIGRATION** | | ☐864 SSID Title XVI | ☐899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐245 Tort Product Liability | ☐445 Amer. w/ Disabilities- Employment | ☐462 Naturalization Application | | ☐865 RSI (405(g)) | |
| 290 All Other Real Property | ☐446 Amer. w/Disabilities - Other | ☐463 Habeas Corpus – Alien Detainee (Prisoner Petition) | | **FEDERAL TAXES** | ☐950 Constitutionality of State Statutes |
| | ☐448 Education | ☐465 Other Immigration Actions | | ☐870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | | ☐871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Check one box, only.)*

☐1 Original Proceeding
☐2 Removed from State Court
☐3 Remanded from Appellate Court
☐4 Reinstated or Reopened
☐5 Transferred from Another District (specify)
☐6 Multidistrict Litigation - Transfer
☐8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

DECLARATORY JUDGMENT AND TORTIOUS INTERFERENCE WITH CONTRACT AND BUSINESS RELATIONS

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:

☐ Check if this is a **class action** under Rule 23, F.R.C.V.P.

Demand $ _____

CHECK Yes only if demanded in complaint:
Jury Demand: ☐ Yes  ☐ No

## IX. RELATED CASE(S) IF ANY *(See instructions):*

Judge _____      Case Number _____

## X. Is this a previously dismissed or remanded case?  ☐ Yes  ☐ No  If yes, Case # _____  Name of Judge _____

Date: _____      Signature of Attorney of Record _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority for Civil Cover Sheet

The ILND 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**     **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use
  **(b)**     **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the
  **(c)**     **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**     **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**     **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: <u>Nature of Suit Code Descriptions</u>.

**V.**     **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**     **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**     **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.